IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KEITH ELLIOTT HAVARD, #K0467**  **PETITIONER**

**VERSUS**  **CIVIL ACTION NO. 1:10-cv-494-HSO-JMR**

**C. EPPS**  **RESPONDENT**

ORDER

On October 15, 2010, an order [2] was entered directing Petitioner to file an application to proceed *in forma pauperis* or to pay the $5.00 filing fee, on or before November 5, 2010. On November 9, 2010, Petitioner filed a response [3] and attachment [4]. Petitioner's response [3] stated that he feared that he would be unable to meet the Court's deadline for filing his application to proceed *in forma pauperis* along with the certificate to be completed by the authorized officer in charge of inmate accounts, therefore, he attached a certificate completed July 16, 2010, which he submitted in a previous § 1983 case. Further, Petitioner's attachment [4] provided this Court with a completed application to proceed *in forma pauperis* in the state courts of Mississippi. As such, the Petitioner will be provided an extension of time to provide this Court with a current inmate account certificate as well as a completed application to proceed *in forma pauperis* in *this* Court. Accordingly, it is,

ORDERED:

1. That Petitioner is granted until and including December 7, 2010, to comply with the Court's order [2] of October 15, 2010, by filing the attached application to proceed *in forma pauperis* in this Court including a current completed certificate portion OR pay the required filing fee of $5.00.

2. The Clerk shall mail the attached application to proceed *in forma pauperis* to the

Petitioner at his last known address.

  3. That failure of the Petitioner to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the Petitioner and may result in this cause being dismissed without further notice to the Petitioner.

  4. That the Petitioner is required to file his original response to this order to show cause with the **Clerk, 2012 15th Street, Suite 403, Gulfport, Mississippi 39501.** Failure to properly file a response may result in this civil action being dismissed.

  THIS, the   16th   day of November, 2010.


              s/ John M. Roper
               CHIEF MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**KEITH ELLIOTT HAVARD, #K0467**                                                      **PETITIONER**

**VERSUS**                                                 **CIVIL ACTION NO. 1:10-cv-494-HSO-JMR**

**C. EPPS**                                                                                             **RESPONDENT**

**MOTION TO PROCEED *IN FORMA PAUPERIS***

    I, _____(name), _____(prisoner number), declare that I am the petitioner in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of said proceedings or give security therefor; that I believe I am entitled to the relief.

Signed: _____        Date: _____

---

**AFFIDAVIT IN SUPPORT OF MOTION**

    In support of this motion, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?                                                          ____ Yes     ____ No
        If "yes" state the place of your incarceration _____

2.    Are you presently employed (at the institution or otherwise)?    ____ Yes     ____ No
        a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. _____
        _____

        b. If the answer is "no," state the date of the last employment and the amount of the salary and wages per month which you received._____
        _____

3.    Have you received within the past twelve months any money from any of the following sources?
        a. Business, profession or form of self-employment?                  ____ Yes     ____ No

3

     b.  Rent payments, interest or dividends?  ____ Yes  ____ No
     c.  Pensions, annuities or life insurance payments?  ____ Yes  ____ No
     d.  Gifts or inheritances?  ____ Yes  ____ No
     e.  Any other sources?  ____ Yes  ____ No

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____
_____
_____.

4. Do you own cash, or do you have money in a checking or savings account?
____ Yes  ____ No (Include any funds in prison accounts.)
If the answer is "yes," state the total value of the items owned._____
_____
_____

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ____ Yes  ____ No
If the answer is "yes," describe the property and state its approximate value. _____
_____
_____

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
_____
_____
_____

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____     _____
                Date                               Signature of Petitioner

## Certificate

I hereby certify that the petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined.  I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution:_____.

_____     _____
     Date                                     Authorized Officer of Institution