IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KEITH ELLIOT HAVARD, K0467                                   PETITIONER

VERSUS                             CIVIL ACTION NO. 1:10-cv-494-HSO-JMR

C. EPPS                                                  RESPONDENT

## ORDER

This cause comes before this Court on Petitioner's response [10] filed February 22, 2011. Having reviewed the response [10], this Court finds that Petitioner failed to sign the response as required by Rule 11(a) of the Federal Rules of Civil Procedure. Therefore, Petitioner will be given an opportunity to correct this omission by placing his original signature on page 2 of the copy of the response [10] enclosed with this order. Accordingly, it is

ORDERED that the Clerk of Court shall mail Petitioner a copy of the response [10] along with a copy of this order. Petitioner is directed to place his original signature on page 2 of the response [10] and return the signed response [10] to this Court **on or before March 11, 2011.** Petitioner is reminded that his pleadings submitted to this Court for filing must have his original signature on such pleadings.

Petitioner is warned that his failure to comply with this order in a timely manner may result in the response [10] being stricken from the record and not being considered by this Court.

SO ORDERED, this the 24th day of February, 2011.

                                                  _s/ John M. Roper_
                                                  CHIEF MAGISTRATE JUDGE