# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**KEITH ELLIOTT HAVARD**                                    **PETITIONER**

**VERSUS**                      **CIVIL ACTION NO. 1:10-cv-494-HSO-JMR**

**DANNY SCOTT, et al.**                                      **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Petitioner Keith Elliott Havard's Petition for habeas relief is dismissed without prejudice, for failure to exhaust his available state court remedies.

**SO ORDERED AND ADJUDGED**, this the 23rd day of March, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE